UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jennifer Chunchin-Castro, <br><br> Defendant. | Case No.: MJ 21-4164 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist./California for alleged violation(s) of the terms and conditions of his/(her) [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)   The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __family ties to Mexico, history of methamphetamine abuse, absconder__

status, prior escape ~~conviction~~ charge, no known bail resources,

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: history of methamphetamine abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Sept. 8, 2021

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2